**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Thomas Leinenweber, as Independent Administrator of the Estate of Jae Harrell, deceased,

vs.

DuPage County, DuPage County Jail, DuPage County Sheriff's Office, and John E. Zaruba

Case Number:
FILED: MAY 30, 2008
08CV3124   RCC
JUDGE MANNING
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Leinenweber, as Independent Administrator of the Estate of Jae Harrell, Deceased

| | |
|---|---|
| NAME (Type or print) Howard M. Zavell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Howard M. Zavell | |
| FIRM Dickler, Kahn, Slowikowski & Zavell, Ltd. | |
| STREET ADDRESS 85 W. Algonquin Road, Suite 420 | |
| CITY/STATE/ZIP Arlington Heights, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6210494 | TELEPHONE NUMBER 847-593-5595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |