**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Thomas Leinenweber, as Independent Administrator of the Estate of Jae Harrell, deceased,<br>vs.<br>DuPage County, DuPage County Jail, DuPage County Sheriff's Office, and John E. Zaruba | Case Number:<br>FILED: MAY 30, 2008<br>08CV3124   RCC<br>JUDGE MANNING<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Leinenweber, as Independent Administrator of the Estate of Jae Harrell, Deceased

| |
|---|
| NAME (Type or print)<br>James A. Slowikowski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James A. Slowikowski |
| FIRM<br>Dickler, Kahn, Slowikowski & Zavell, Ltd. |
| STREET ADDRESS<br>85 W. Algonquin Road, Suite 420 |
| CITY/STATE/ZIP<br>Arlington Heights, IL 60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197392 | TELEPHONE NUMBER<br>847-593-5595 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐