## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                Case Number: 08 cv 3124

THOMAS LEINENWEBER as Independent Administrator of
the ESTATE OF JAE HARRELL, deceased
v.
DUPAGE COUNTY, DUPAGE COUNTY JAIL, COUNTY
SHERIFF'S OFFICE, and JOHN E. ZARUBA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DUPAGE COUNTY, DUPAGE COUNTY JAIL, DUPAGE COUNTY SHERIFF'S OFFICE and JOHN E. ZARUBA

| | |
|---|---|
| NAME (Type or print) | |
| Thomas F. Downing | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas F. Downing | |
| FIRM | |
| DuPage County State's Attorney's Office | |
| STREET ADDRESS | |
| 503 N. County Farm Road | |
| CITY/STATE/ZIP | |
| Wheaton, Illinois 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06188673 | 630-407-8200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |