UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS LEINENWEBER, as Independent Administrator of the ESTATE OF JAE HARRELL, deceased,<br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>DUPAGE COUNTY, DUPAGE COUNTY JAIL, DUPAGE COUNTY SHERIFF'S OFFICE, and JOHN E. ZARUBA,<br><br>　　　　　　　　　　Defendants. | Case No. 08 CV 3124<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:   Howard M. Zavelli & James A. Slowikowski, DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD., 85 West Algonquin Road, Suite 420, Arlington Heights, Illinois 60005

**YOU ARE HEREBY** notified that on the 14th day of August, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning in Courtroom No.2125, or any other judge as may be holding court in her absence, in the courtroom usually occupied by her in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present DEFENDANTS' MOTION TO DISMISS 'COMPLAINT' PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE at which time and place you may appear as you see fit to do.

JOSEPH E. BIRKETT
DuPage County State's Attorney          By:  *s/William R. Roberts*
By: William R. Roberts                        William R. Roberts
Attorney No.6275784                           Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois  60187
(630)407-8200

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn upon oath states that:

On the 31st day of July, 2008, I served a copy the above NOTICE OF MOTION of the  DEFENDANTS' MOTION TO DISMISS 'COMPLAINT' PURSUANT TO RULE 12(b) (6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, according to Fed.R.Civ.P. 5(a,), by e-filing a copy to each of the above-referenced individuals.

　　　　　　　　　　　　　　　　*s/William R. Roberts*
　　　　　　　　　　　　　　　　Assistant State's Attorney