**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thomas Leinenweber
                          Plaintiff,

v.                                                    Case No.: 1:08−cv−03124
                                                    Honorable Blanche M. Manning

DuPage County, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants' Motion to dismiss complaint pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure [14] is entered. Plaintiff to respond to the motion by 9/4/2008. Defendants to reply by 9/18/2008. Ruling will be by mail. No appearance is necessary on 8/14/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.